# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* HEALTH CHOICE ADVOCATES, LLC ) | |
| *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 5:17-cv-00121 |
| ) | |
| GILEAD SCIENCES, INC., ) | Judge Robert W. Schroeder III |
| *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**ORDER GRANTING DEFENDANTS COVANCE INC. AND HEALTHSTAR CLINICAL EDUCATION SOLUTIONS, LLC'S EMERGENCY UNOPPOSED MOTION FOR PARTIAL UNSEALING OF DOCUMENTS RELATED TO DEFENDANT GILEAD SCIENCES, INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Before the Court is Defendant Covance Inc.'s ("Covance") and Defendant HealthStar Clinical Education Solutions, LLC's ("HSCES") (collectively, "Defendants") Emergency Unopposed Motion for Partial Unsealing of the Documents Related to Defendant Gilead Science Inc.'s ("Gilead") Motion to Dismiss for Lack of Subject Matter Jurisdiction.   Having considered the motion, and finding good cause, the Court finds that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that:

Defendants shall be granted access to all of the following documents, including any attachments thereto, that are under seal:

- Dkt. 41 – Gilead's Unopposed Sealed Motion for Leave to File Under Seal its Unopposed Motion for Extension of Time to Respond to Relator's Complaint
- Dkt. 42 – Gilead's Unopposed Sealed Motion for Extension of Time to Respond to Relator's Complaint
- Dkt. 43 – Gilead's Redacted Sealed Unopposed Motion for Leave to File Under Seal its Unopposed Motion for Extension of Time to Respond to Relator's Complaint
- Dkts. 72, 77 - Gilead's Unopposed Sealed Motion for Leave to File Motion to Dismiss for Lack of Subject Matter Jurisdiction Under Seal
- Dkts. 73, 80 – Gilead's Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction and Memorandum of Law in Support
- Dkts. 74, 78 – Gilead's Unopposed Motion to File Opposed Motion to Stay Discovery Under Seal
- Dkts. 75, 79 – Gilead's Opposed Sealed Motion to Stay Discovery Pending Resolution of Gilead's Motions to Dismiss with Brief in Support
- Dkts. 121, 126 – Gilead's Unopposed Sealed Motion to File Reply in Support of Defendant Gilead's Motion to Stay Discovery Under Seal
- Dkts. 122, 123 – Gilead's Sealed Reply to Response to Motion re Opposed Sealed Motion to Stay Discovery Pending Resolution of Gilead's Motions to Dismiss with Brief in Support
- Dkt. 145 – Relators' Unopposed Motion for Leave to File Under Seal
- Dkts. 147, 149 – Relators' Sealed Response to Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction
- Dkts. 156, 169 – Gilead's Unopposed Sealed Motion to File Reply in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction Under Seal
- Dkts. 157, 170 – Gilead's Sealed Reply to Response to Motion re Sealed Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction
- Dkts. 158, 171 – Gilead's Unopposed Sealed Motion to File Motion to Strike Declaration of Christopher L. Nelson Under Seal
- Dkts. 159, 172 – Gilead's Opposed Sealed Motion to Strike Declaration of Christopher L. Nelson

- Dkt. 176 – Relators' Sealed Sur-Reply to Gilead's Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction
- Dkt. 181 – Relators' Sealed Response to Motion [Dkt. 159] Opposed Sealed Motion to Strike Declaration of Christopher L. Nelson
- Dkt. 194 – Sealed Transcript of Proceedings on 5/14/18 before Judge Craven
- Dkts. 197, 201 – Gilead's Unopposed Sealed Motion for Leave to File Under Seal its Opposed Motion for Leave to File Supplemental Authority in Support of Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction
- Dkts. 198, 202 – Gilead's Opposed Sealed Motion for Leave to File Supplemental Authority in Support of Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction
- Dkt. 204 – Relators' Sealed Response to Motion re [Dkt. 198] Opposed Sealed Motion for Leave to File Supplemental Authority In Support of Its Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction
- Dkts. 214, 216 – Gilead's Sealed Reply to Motion re Opposed Sealed Motion for Leave to File Supplemental Authority in Support of Motion to Dismiss Relators' Amended Complaint for Lack of Subject Matter Jurisdiction

**IT IS SO ORDERED.**