# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* HEALTH CHOICE ADVOCATES, LLC ) | |
| *et al.*, ) | |
| ) | |
|     *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 5:17-cv-00121 |
| ) | |
| GILEAD SCIENCES, INC., ) | |
| *et al.*, ) | |
| ) | |
|     *Defendants.* ) | |

## ORDER GRANTING DEFENDANT COVANCE INC.'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant Covance Inc.'s ("Covance") unopposed motion for a two-week extension of the deadline to file objections to the Report and Recommendation of the United States Magistrate Judge (Dkt. 217).  Having considered the motion, and finding good cause, the Court finds that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that Covance shall serve and file its objections to the Report and Recommendation of the United States Magistrate Judge on or before August 9, 2018.

**SIGNED this 26th day of July, 2018.**

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE